UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AXIS MINERAL RESOURCES SA,

          Plaintiff,

        -against-

REPUBLIC OF GUINEA,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/26___

1:25-cv-6854-MKV

ORDER OF DISMISSAL
WITHOUT PREJUDICE

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated February 24, 2026, the Court directed Plaintiff's withdrawing counsel to inform Plaintiff that "new counsel must file a notice of appearance by March 24, 2026 or this action will be dismissed because Plaintiff cannot proceed *pro se*" [ECF No. 20].  In a letter dated February 27, 2026, withdrawing counsel represented that they had "informed Axis by e-mail to its Director-General and other officers that new counsel for Axis must file a notice of appearance by March 24, 2026, or this action will be dismissed because Axis cannot proceed *pro se*" [ECF No. 21].  To date, new counsel has not appeared, and Plaintiff has not requested an extension of time to retain new counsel or taken any other action to sustain this action.

Plaintiff, "which is an artificial entity that can only act through agents, cannot proceed *pro se*." *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983); *see Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007).  Rather, Plaintiff must be represented by a "licensed attorney" to maintain this case.  *Lattanzio*, 481 F.3d at 140 (quoting *Rowland*, 506 U.S. at 202).  As described above, the Court expressly warned Plaintiff, through its former counsel, that the case would be dismissed unless Plaintiff obtained new counsel to represent it by March 24, 2026 [ECF

1

Nos. 20, 21]. *See Jones*, 722 F.2d at 22. That deadline expired more than a month ago, and new counsel has not appeared.

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

**SO ORDERED.**

**Date:  April 29, 2026**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2